IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ISABEL ARREDONDO,<br><br>　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A. ET AL,<br><br>　　　Defendants.<br>_____/ | No. C 11-03767 CRB<br><br>**ORDER TO SHOW CAUSE** |

　　　Plaintiff filed this action in state court in June 2011.  <u>See</u> dkt. 1 Ex. A.  It was removed to this Court on August 1, 2011, <u>see</u> dkt. 1, and Defendants moved to dismiss on August 8, 2011, <u>see</u> dkt. 11.  Per Northern District Local Rule 7-3(a), Plaintiff's opposition brief was due on August 22, 2011.  As of this date, Plaintiff has not yet filed an opposition brief.  Accordingly, Plaintiff is ORDERED to show cause why her case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).  Plaintiff shall file her response to this Order, along with any materials she would like the Court to consider in ruling on Defendants' motion, by <u>Monday. September 5, 2011 at 4:00 p,m.</u>  Failure to respond to this Order could result in the dismissal of Plaintiff's case.

　　　**IT IS SO ORDERED.**

Dated: August 31, 2011

　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\03767\OSC.wpd