IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA ISABEL ARREDONDO,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A. ET AL,

    Defendants.

No. C 11-03767 CRB

**ORDER DISMISSING CASE**

On August 8, 2011, Defendants filed a motion to dismiss this case. See dkt. 11. Per Northern District Local Rule 7-3(a), Plaintiff's opposition brief was due on August 22, 2011. Because Plaintiff had not yet filed an opposition brief by that time, the Court on August 31, 2011 ordered Plaintiff to show cause why her case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). See dkt. 20. Plaintiff failed to file a response to that Order. Accordingly, Plaintiff's case is DISMISSED for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 8, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\03767\order dismissing.wpd