IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA ISABEL ARREDONDO,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A. ET AL,

    Defendants.

No. C 11-03767 CRB

**JUDGMENT**

    Having dismissed the case for failure to prosecute under Federal Rule of Civil Procedure 41(b), <u>see</u> dkt. 22, the Court hereby enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: September 8, 2011

                                CHARLES R. BREYER
                                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\03767\judgment.wpd