IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ISABEL ARREDONDO,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A. ET AL,<br><br>    Defendants.<br>_____ / | No. C 11-03767 CRB<br><br>**JUDGMENT** |

Having dismissed the case for failure to prosecute under Federal Rule of Civil Procedure 41(b), see dkt. 22, the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: September 8, 2011
                                   CHARLES R. BREYER
                                   UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\03767\judgment.wpd